108

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Raul SANCHEZ–HUERTA,**
**Defendant–Appellant.**

**Nos. 13–50338, 13–50340**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 26, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Genaro Retta Cortez, Law Offices of Genaro R. Cortez, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, JONES, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Raul Sanchez–Huerta (Sanchez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Sanchez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue

for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under